# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McKeown, Mary M. | Ninth Circuit Court of Appeals | 06/12/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U. S. Court of Appeals
401 West A Street Suite 2000
San Diego CA 92101

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | International Association of Women Judges |
| 2. | Board of Visitors | Georgetown University Law Center |
| 3. | Board of Directors | Association of Business Trial Lawyers - San Diego |
| 4. | Board of Directors | Federal Judges Association |
| 5. | Board of Directors | La Jolla Music Society |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 06/12/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Spg/Sum 12 | Univ of San Diego Law School - Teaching | $15,000.00 |
| 2. 7/12 | Thomas Jefferson School of Law - Teaching | $3,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | University of California San Diego - Salary |
| 2. 2012 | Self-employed Consultant |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The American Law Institute | 01/25-26/2012 | Philadelphia, PA | Council Meeting | Transportation, Lodging, Meals |
| 2. | Federal Judges Association | 02/23-25/2012 | Indianapolis, IN | Board Meeting | Transportation, Lodging, Meals |
| 3. | Georgetown Law Center | 03/29-31/2012 | Charleston, SC | Board of Visitors Meeting | Transportation, Lodgeing, Meals |
| 4. | Lewis and Clark Law School | 04/02/2012 | Portland, OR | Keynote Speaker | Transportation, Lodging, Meals |
| 5. | Association of Business Trial Lawyers | 04/20-22/2012 | Half Moon Bay, CA | Joint Board Meeting | Lodging, Meals |
| 6. | Federal Judges Association | 05/08-10/2012 | Washington, DC | Board Meeting | Transportation, Lodging, Meals |

| Name of Person Reporting | Date of Report |
| --- | --- |
| McKeown, Mary M. | 06/12/2013 |

| | | | | |
| --- | --- | --- | --- | --- |
| 7. | Loyola Marymount University Law School | 05/20/2012 | Los Angeles, CA | Graduation Speaker | Transportation, Lodging |
| 8. | University of Washington | 06/21-26/2012 | Nanjing and Beijing, China | IP Conference - Speaker | Transportation, Lodging, Meals |
| 9. | Thomas Jefferson School of Law | 07/08-11/2012 | Nice, France | Teaching | Transportation, Lodging, Meals |
| 10. | University of San Diego | 07/16/2012-08/01/2012 | Paris, France | Teaching | Transportation, Lodging, Meals |
| 11. | Association of Business Trial Lawyers | 09/20-24/2012 | Kauai, HI | Annual Seminar - Speaker | Transportation, Lodging, Meals |
| 12. | The American Law Institute | 10/17-19/2012 | New York, NY | Council Meeting | Transportation |
| 13. | National Association of Women Judges | 11/8-9/2012 | Miami, FL | Conference Speaker | Transportation |
| 14. | Federal Judges Association | 11/11/2012-11/13/2012 | Washington, DC | Meeting | Transportation, Lodging |
| 15. | Waseda University | 12/5/2012-12/9/2012 | Tokyo, Japan | IP Conference - Keynote Speaker | Transportation, Lodging, Meals |
| 16. | American Society of International Law | 12/12/2012 | Washington, DC | Judicial Advisory Board Meeting | Lodging |
| 17. | American Bar Association | 12/13/2012 | Washington, DC | ROLI Board Meeting | Transportation, Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 06/12/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | SUNTRUST MORTGAGE, INC./ CHASE HOME | RESIDENTIAL/RENTAL PROPERTY - SAN FRANCISCO CA | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 06/12/2013 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  BANK OF AMERICA #2 | A | Interest | M | T | | | | | |
| 2.  BOEING | A | Dividend | J | T | | | | | |
| 3.  SCHWAB ACCT #4 | | | | | | | | | |
| 4.  ---AIM VI TECH FUND | | None | J | T | | | | | |
| 5.  ---ALGER LARGE CAP GROWTH | | None | J | T | | | | | |
| 6.  ---AMER CENTURY VP INTL | | None | J | T | | | | | |
| 7.  ---BARON GROWTH OPPORT FND | | None | K | T | | | | | |
| 8.  ---SCHWAB S&P 500 INDEX FUND | | None | K | T | | | | | |
| 9.  TULLY'S COFFEE | A | Dividend | J | T | | | | | |
| 10.  TRUST #1 | | | | | | | | | |
| 11.  ---FIDELITY BLUE CHIP | A | Dividend | L | T | | | | | |
| 12.  ---FIDELITY DISCOVER FUND | A | Dividend | J | T | | | | | |
| 13.  ---FIDELITY GROWTH & INC | A | Dividend | K | T | | | | | |
| 14.  403b #1- FIDELITY INVESTMENTS | | | | | | | | | |
| 15.  ---UC SAVINGS FUNDS | A | Dividend | J | T | | | | | |
| 16.  ---FIDELITY CONTRA | A | Dividend | M | T | | | | | |
| 17.  ---FIDELITY EURO CAP APPREC | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 06/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19.  ---FIDELITY SELECT TECH/PURITAN | A | Dividend | K | T | | | | | |
| 20.  --FIDELITY SELECT INDUS EQUIP | | None | J | T | | | | | |
| 21.  --FIDELITY SELECT INDUSTRIALS | | None | K | T | | | | | |
| 22.  --FIDELITY SMALL CAP DISCOVERY | | None | K | T | | | | | |
| 23.  FIDELITY ANNUITY #2 | | | | | | | | | |
| 24.  ---FIDELITY VIP CONTRA | | None | K | T | Sold (part) | 12/31/12 | K | A | |
| 25.  ---FIDELITY VIP EQUITY INCOME | A | Dividend | J | T | Sold (part) | 12/31/12 | J | A | |
| 26.  NORTHERN TRUST #1 | | | | | | | | | |
| 27.  ---NORTHERN TRUST CHK | A | Interest | K | T | | | | | |
| 28.  NORTHERN TRUST #2 | | | | | | | | | |
| 29.  ---NORTHERN TRUST MMF | A | Int./Div. | M | T | | | | | |
| 30.  NORTHERN TRUST #3 | | | | | | | | | |
| 31.  ---NORTHERN TRUST CHK | A | Interest | J | T | | | | | |
| 32.  NORTHERN TRUST #4 | | | | | | | | | |
| 33.  ---NORTHERN TRUST CHK | A | Interest | L | T | | | | | |
| 34.  NORTHERN TRUST #5 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 06/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ---ABBOTT LAB (ABT) | A | Dividend | J | T | Sold (part) | 12/12/12 | J | A | |
| 36. ---ALTERA CORP (ALTR) | A | Dividend | | | Sold | 6/22/12 | J | A | |
| 37. ---AMAZON (AMZN) | | None | | | Sold | 6/22/12 | J | A | |
| 38. ---AMER EX (AXP) | A | Dividend | J | T | Sold (part) | 12/12/12 | J | A | |
| 39. --AMER WTR WKS (AWK) | A | Dividend | J | T | Buy | 6/22/12 | J | | |
| 40. | | | | | Sold (part) | 12/12/12 | J | A | |
| 41. ---AMGEN INC (AMGN) | A | Dividend | J | T | Buy | 6/22/12 | J | | |
| 42. | | | | | Sold (part) | 12/12/12 | J | A | |
| 43. ---APPLE (APPL) | A | Dividend | K | T | Sold (part) | 12/12/12 | J | C | |
| 44. ---AUTODESK INC (ADSK) | | | J | T | Buy | 6/22/12 | J | | |
| 45. ---AUTOMATIC DATA PROC (ADP) | A | Dividend | J | T | Buy | 6/22/12 | J | | |
| 46. | | | | | Sold (part) | 12/12/12 | J | A | |
| 47. ---BHP BILLITON (BHP) | A | Dividend | J | T | Sold (part) | 12/12/12 | J | A | |
| 48. ---BRISTOL MEYERS SQUIBB CO COM (BMY) | A | Dividend | J | T | Sold (part) | 12/12/12 | J | A | |
| 49. ---CISCO SYSTEMS (CSCO) | A | Dividend | | | Sold | 6/22/12 | J | A | |
| 50. ---CITRIX SYS (CTXS) | | None | J | T | Sold (part) | 12/12/12 | J | A | |
| 51. ---CONOCOPHIL (COP) | A | Dividend | J | T | Sold (part) | 12/12/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 06/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ---COSTCO (COST) | A | Dividend | J | T | Sold (part) | 06/22/12 | J | A | |
| 53. ---COVIDIEN (COV) | A | Dividend | J | T | Buy | 6/22/12 | J | | |
| 54. | | | | | Sold (part) | 12/12/12 | J | A | |
| 55. ---CUMMINS INC (CMI) | A | Dividend | | | Sold | 6/22/12 | J | A | |
| 56. ---CVS CAREMARK (CVS) | A | Dividend | J | T | Buy | 6/22/12 | J | | |
| 57. | | | | | Sold (part) | 12/12/12 | J | A | |
| 58. ---DANAHER CORP (DHR) | A | Dividend | J | T | Sold (part) | 12/12/12 | J | A | |
| 59. ---DOMINION (D) | A | Dividend | J | T | Sold (part) | 6/22/12 | J | A | |
| 60. | | | | | Sold (part) | 12/12/12 | J | A | |
| 61. ---DUPONT (DD) | A | Dividend | J | T | Sold (part) | 6/22/12 | J | A | |
| 62. | | | | | Sold (part) | 12/12/12 | J | A | |
| 63. ---EATON CORP COM (ETN) | A | Dividend | J | T | Sold (part) | 12/12/12 | J | A | |
| 64. ---EMC CORP (EMC) | | None | J | T | Sold (part) | 12/12/12 | J | A | |
| 65. ---EMERSON ELECT (EMR) | A | Dividend | | | Sold | 6/22/12 | J | A | |
| 66. ---EXPRESS SCRIPTS HLDG (ESRX) | | | J | T | Buy | 6/22/12 | J | | |
| 67. | | | | | Sold (part) | 12/12/12 | J | A | |
| 68. ---FRKLN RES (BEN) | A | Dividend | J | T | Sold (part) | 12/12/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 06/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ---GOOGLE (GOOG) | | None | J | T | | | | | |
| 70. ---GRAINGER (GWW) | A | Dividend | J | T | Sold (part) | 6/22/12 | J | A | |
| 71. ---HJ HEINZ (HNZ) | A | Dividend | J | T | Sold (part) | 12/12/12 | J | A | |
| 72. ---HOME DEPOT (HD) | A | Dividend | J | T | Buy | 6/22/12 | J | | |
| 73. | | | | | Sold (part) | 12/12/12 | J | A | |
| 74. ---INTEL CORP (INTC) | A | Dividend | J | T | Buy | 6/22/12 | J | | |
| 75. | | | | | Sold (part) | 12/12/12 | J | A | |
| 76. ---JOHNSON & JOHNSON (JNJ) | A | Dividend | J | T | Sold (part) | 12/12/12 | J | A | |
| 77. ---JOHNSON CTL INC (JCI) | A | Dividend | J | T | Sold (part) | 12/12/12 | J | A | |
| 78. ---JUNIPER NETWORKS (JNPR) | | None | | | Sold | 6/22/12 | J | A | |
| 79. ---MCDONALDS (MCD) | A | Dividend | J | T | Buy | 6/22/12 | J | | |
| 80. | | | | | Sold (part) | 12/12/12 | J | A | |
| 81. ---MCKESSON CORP (MCK) | A | Dividend | | | Sold | 6/22/12 | J | B | |
| 82. ---MFB NORTH FDS CALIF INTER TAX EXPT (NCITX) | C | Int./Div. | M | T | Sold (part) | 5/25/12 | J | A | |
| 83. | B | Distribution | | | | | | | |
| 84. ---MFB NORTH FDS MUN MM FD (NOMXX) | A | Dividend | L | T | | | | | |
| 85. ---MFB NORTH FDS MUNI MM FD (NORXX) | | | M | T | Buy | 5/25/12 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 06/12/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ---MFB NORTH MULTI-MGR MID CAP (NMMCX) | | | | | Sold | 5/25/12 | K | A | |
| 87. ---MFB NORTH MULTI-MGR SMALL CAP (NMMSX) | | | | | Sold | 5/25/12 | K | A | |
| 88. ---MFB NORTH FDS CA TAX EXPT (NCATX) | C | Int./Div. | L | T | Sold (part) | 5/25/12 | K | C | |
| 89. | B | Distribution | | | Sold (part) | 12/12/12 | K | D | |
| 90. ---MFB NORTH HI YIELD FXD INC (NHFIX) | D | Dividend | L | T | Buy (add'l) | 5/25/12 | K | | |
| 91. | | | | | Sold (part) | 12/12/12 | K | A | |
| 92. ---MFB NORTH STK INDEX (NOSIX) | A | Dividend | K | T | Buy (add'l) | 6/22/12 | K | | |
| 93. ---MFB NORTH MM GLOBAL RE (NMMGX) | A | Dividend | K | T | Buy (add'l) | 5/25/12 | K | | |
| 94. | B | Distribution | | | Sold (part) | 12/12/12 | J | C | |
| 95. ---MFB NORTH INTL EQTY INDEX (NOINX) | B | Dividend | L | T | | | | | |
| 96. ---MFC FLEXSHRS 5 YR (TDTF) | A | Dividend | J | T | Buy | 9/25/12 | J | | |
| 97. ---MFC FLEXSHRS 3 YR (TDTT) | A | Dividend | J | T | Buy | 9/25/12 | J | | |
| 98. ---MFC ISHARE TR BARCLAYS TIPS (TIP) | A | Dividend | | | Sold | 08/31/12 | K | B | |
| 99. ---MFC SPDR GOLD TR (GLD) | | None | K | T | Buy (add'l) | 5/25/12 | J | | |
| 100. | | | | | Sold (part) | 12/12/12 | J | C | |
| 101. ---MFC ISHARE TR CORE S&P (UR) | A | Dividend | K | T | Buy | 5/25/12 | K | | |
| 102. | | | | | Sold (part) | 12/12/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 06/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ---MFC SECTOR SPDR BEN INT-HLTH (XLV) | A | Dividend | J | T | Sold (part) | 6/22/12 | J | B | |
| 104. | | | | | Sold (part) | 12/12/12 | J | A | |
| 105. ---MFC SLT SECTOR SPDR CONSUMER STAPLES (XLP) | A | Dividend | J | T | Sold (part) | 6/22/12 | J | A | |
| 106. ---MFC SLT SECTOR SPDR ENERGY (XLE) | A | Dividend | J | T | Sold (part) | 6/22/12 | J | A | |
| 107. | | | | | Sold (part) | 12/12/12 | J | A | |
| 108. ---MFC SLT SECTOR SPDR FINANCIAL (XLF) | A | Dividend | J | T | Buy (add'l) | 6/22/12 | J | | |
| 109. | | | | | Sold (part) | 12/12/12 | J | A | |
| 110. ---MFC SLECT SECTOR SPDR TECH (XLK) | A | Dividend | J | T | Sold (part) | 6/22/12 | J | A | |
| 111. | | | | | Sold (part) | 12/12/12 | J | A | |
| 112. ---MFC FLEXSHARES MORNINGSTAR GLOBAL NAT RES FD (GUNR) | A | Dividend | J | T | Sold (part) | 12/12/12 | J | A | |
| 113. --MFC VANGUARD MSCI EMERGING MKTS (VWO) | A | Dividend | K | T | | | | | |
| 114. --MFC SELECT SECTOR SPDR TR CNSMR DIS COM (XLY) | A | Dividend | J | T | Sold (part) | 6/22/12 | J | B | |
| 115. | | | | | Sold (part) | 12/12/12 | J | A | |
| 116. ---NATL OIL WELL VARCO (NOV) | A | Dividend | J | T | Sold (part) | 12/12/12 | J | A | |
| 117. ---NIKE INC CL B (NKE) | A | Dividend | J | T | Sold (part) | 12/12/12 | J | A | |
| 118. ---NOBLE ENERGY INC ((NBL) | A | Dividend | J | T | Sold (part) | 12/12/12 | J | A | |
| 119. ---NORFOLK SOUTH (NSC) | A | Dividend | J | T | Buy | 6/22/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 06/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 12/12/12 | J | A | |
| 121. ---NOVARTIS AG (NVS) | A | Dividend | | | Sold | 6/22/12 | J | A | |
| 122. --NUCOR CORP (NUE) | A | Dividend | J | T | Buy | 6/22/12 | J | | |
| 123. | | | | | Sold (part) | 12/12/12 | J | A | |
| 124. ---OMNICOM GRP (OMC) | A | Dividend | J | T | Sold (part) | 12/12/12 | J | A | |
| 125. ---ORACLE (ORCL) | A | Dividend | J | T | Sold (part) | 12/12/12 | J | A | |
| 126. ---PAYCHEX INC COM (PAYX) | A | Dividend | | | Sold | 06/22/12 | J | A | |
| 127. ---PEPSICO INC (PEP) | A | Dividend | J | T | Sold (part) | 12/12/12 | J | A | |
| 128. ---PHILLIPS 66 ((PSX) | | | | | Spinoff (from line 51) | 5/4/12 | J | | |
| 129. | | | | | Sold | 6/8/12 | J | A | |
| 130. ---PRECISION CASTPARTS (PCP) | A | Dividend | J | T | Buy | 6/22/12 | J | | |
| 131. ---PRINCIPAL FINL GRP (PFG) | A | Dividend | J | T | Sold (part) | 12/12/12 | J | A | |
| 132. ---PROCTOR & GAMBLE (PG) | A | Dividend | J | T | Sold (part) | 12/12/12 | J | A | |
| 133. --QUALCOMM (QCOM) | A | Dividend | J | T | Buy (add'l) | 6/22/12 | J | | |
| 134. | | | | | Sold (part) | 12/12/12 | J | A | |
| 135. ---SALESFORCE COM (CRM) | | None | | | Sold | 6/22/12 | J | B | |
| 136. ---SCHLUMBERGER LTD (SLB) | A | Dividend | J | T | Sold (part) | 12/12/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,000 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 06/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. ---SLT SECTOR SPDR CONSMR DISCRET (XLY) | A | Dividend | J | T | | | | | |
| 138. ---SLT SECTOR SPDR TR INDL (XLI) | A | Dividend | J | T | Sold (part) | 12/12/12 | J | A | |
| 139. --SIMON PROP GRP (SPG) | A | Dividend | J | T | Sold (part) | 12/12/12 | J | A | |
| 140. ---SPECTRA ENERGY (SE) | A | Dividend | J | T | Sold (part) | 12/12/12 | J | A | |
| 141. ---SPDR S&P MIDCAP (MDY) | A | Dividend | J | T | Buy | 5/25/12 | K | | |
| 142. | | | | | Sold (part) | 12/12/12 | J | A | |
| 143. --STARWOOD HOTELS & RESORTS WORLDWIDE (HOT) | A | Dividend | | | Sold | 06/22/12 | J | A | |
| 144. ---TRAVELERS COS | A | Dividend | | | Sold | 6/22/12 | J | A | |
| 145. ---UNITED TECH (UTX) | A | Dividend | J | T | Sold (part) | 12/12/12 | J | A | |
| 146. --VF CORP COM (VFC) | A | Dividend | J | T | Sold (part) | 12/12/12 | J | A | |
| 147. ---WHOLE FOODS MKT (WFM) | A | Dividend | J | T | Sold (part) | 6/22/12 | J | A | |
| 148. | | | | | Sold (part) | 12/13/12 | J | A | |
| 149. NORTHERN TRUST #6 | | | | | | | | | |
| 150. ---ABBOTT LAB (ABT) | A | Dividend | J | T | | | | | |
| 151. ---ALTERA CORP (ALTR) | A | Dividend | | | Sold | 6/22/12 | J | A | |
| 152. ---AMAZON (AMZN) | | None | | | Sold | 6/22/12 | J | B | |
| 153. ---AMER EX (AXP) | A | Dividend | J | T | Sold (part) | 6/22/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 06/12/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. ---AMER WTR WKS (AWK) | A | Dividend | J | T | Buy | 6/22/12 | J | | |
| 155. ---AMGEN INC (AMGN) | A | Dividend | J | T | Buy | 6/22/12 | J | | |
| 156. ---APPLE INC (AAPL) | A | Dividend | K | T | | | | | |
| 157. ---AUTODESK INC (ADSK) | | | J | T | Buy | 6/22/12 | J | | |
| 158. ---AUTOMATIC DATA PROC (ADP) | A | Dividend | J | T | Buy | 6/22/12 | J | | |
| 159. ---BHP BILLITON (BHP) | A | Dividend | J | T | | | | | |
| 160. --BRISTOL MEYES SQUIBB CO COM (BM&) | A | Dividend | J | T | | | | | |
| 161. ---CISCO SYS (CSCO) | A | Dividend | | | Sold | 6/22/12 | J | A | |
| 162. ---CITRIX SYS (CTXS) | | None | J | T | Sold (part) | 6/22/12 | J | A | |
| 163. ---CONOCOPHILLIPS (COP) | A | Dividend | J | T | | | | | |
| 164. ---COSTCO WHOLESALE (COST) | A | Dividend | J | T | | | | | |
| 165. ---COVIDIEN (COV) | A | Dividend | J | T | Buy | 6/22/12 | J | | |
| 166. ---CUMMINS (CMI) | A | Dividend | | | Sold | 6/22/12 | J | A | |
| 167. ---CVS CAREMARK (CVS) | A | Dividend | J | T | Buy | 6/22/12 | J | | |
| 168. ---DANAHER CORP (DHR) | A | Dividend | J | T | | | | | |
| 169. ---DOMINION RES (D) | A | Dividend | J | T | | | | | |
| 170. ---DUPONT (DD) | A | Dividend | J | T | Sold (part) | 6/22/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 06/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. --EATON CORP COM (ETN) | A | Dividend | J | T | Sold (part) | 6/22/12 | J | A | |
| 172. ---EMC CORP (EMC) | A | Dividend | J | T | | | | | |
| 173. ---EMERSON ELECT CO. (EMR) | A | Dividend | | | Sold | 6/22/12 | J | A | |
| 174. ---EXPRESS SCRIPTS HLDG (ESRX) | | | J | T | Buy | 6/22/12 | J | | |
| 175. ---FRNKLN RES (BEN) | A | Dividend | J | T | | | | | |
| 176. ---GOOGLE (GOOG) | | None | J | T | | | | | |
| 177. ---GRAINGER W W (GWW) | A | Dividend | J | T | Sold (part) | 6/22/12 | J | A | |
| 178. ---H J HEINZ | A | Dividend | J | T | | | | | |
| 179. ---HOME DEPOT (HD) | A | Dividend | J | T | Buy | 6/22/12 | J | | |
| 180. ----ITEL CORP (INTC) | A | Dividend | J | T | Buy | 6/22/12 | J | | |
| 181. ---JOHNSON & JOHNSON (JNJ) | A | Dividend | J | T | | | | | |
| 182. ---JOHNSON CTL INC (JCI) | A | Dividend | J | T | | | | | |
| 183. ---JUNIPER NETWORKS (JNPR) | | None | | | Sold | 6/22/12 | J | A | |
| 184. ---MCDONALDS (MCD) | A | Dividend | J | T | Buy | 6/22/12 | J | | |
| 185. ---MCKESSON CORP (MCK) | A | Dividend | | | Sold | 6/22/12 | J | C | |
| 186. ---MFB NORTH EMERG MKTS (NOEMX) | | | | | Sold | 5/25/12 | L | A | |
| 187. ---MFB NORTH FDS FX INC (NOFIX) | D | Dividend | M | T | Sold (part) | 5/25/12 | K | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. ---MFB NORTH FDS GLOBAL RE INDEX (NGREX) | B | Dividend | K | T | Buy (add'l) | 6/22/12 | J | | |
| 189. ---MFB NORTH HI YLD FXD INC (NHFIX) | D | Dividend | M | T | | | | | |
| 190. ---MFB NORTH ITL EQTY INDEX (NOINX) | | | | | Sold | 5/25/12 | K | A | |
| 191. ---MFB NORTH MM ITL EQUITY (NMIEX) | | | | | Sold | 5/25/12 | M | A | |
| 192. ---MFB NORTH MM MID CAP (NMMCX) | | | | | Sold | 5/25/12 | K | A | |
| 193. ---MFB NORTH MM SMALL CAP (NMMSX) | | | | | Sold | 5/25/12 | K | A | |
| 194. ---MFB NORTH MONEY MKT FND (NORXX) | A | Dividend | L | T | | | | | |
| 195. ---MFB NORTHERN FUNDS LARGE CAP VALUE (NOLVX) | A | Dividend | | | Sold | 5/25/12 | K | A | |
| 196. ---MFC FLEXSHARES 3 YR (TDTF) | A | Dividend | K | T | Buy | 9/25/12 | K | | |
| 197. ---MFC FLEXSHARES 5 YR (TDTT) | A | Dividend | K | T | Buy | 9/25/12 | K | | |
| 198. ---MFC ISHARES BARCLAYS TIPS (TIP) | A | Dividend | | | Sold | 8/31/12 | K | C | |
| 199. ---MFC ISHARES CORE S&P (UR) | A | Dividend | L | T | Buy | 5/25/12 | K | | |
| 200. ---MFC ISHARES RUSSELL 1000 (IWD) | A | Dividend | K | T | Buy | 5/25/12 | J | | |
| 201. ---MFC SCTR SPDR BEN INT-HLTH CARE (XLV) | A | Dividend | J | T | Sold (part) | 6/22/12 | J | B | |
| 202. ---MFC SLCT SCTR SPDR CONSUMER STAPLES (XLP) | A | Dividend | J | T | | | | | |
| 203. ---MFC SELECT SECT SPDR ENERGY (XLE) | A | Dividend | K | T | Sold (part) | 6/22/12 | J | A | |
| 204. ---MFC SELECT SECT SPDR FINL (XLF) | A | Dividend | K | T | Buy (add'l) | 6/22/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 06/12/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. ---MFC SPDR GOLD TR (GLD) | | None | M | T | | | | | |
| 206. ---MFC SELECT SECTOR SPDR TECH (XLK) | A | Dividend | J | T | Sold (part) | 6/22/12 | J | A | |
| 207. ---MFC SELECT SECTOR CNSMR DISC COM (XLY) | A | Dividend | J | T | Sold (part) | 6/22/12 | J | B | |
| 208. ---MFC VANGUARD EMERG (VWO) | C | Dividend | M | T | Buy | 5/25/12 | M | | |
| 209. ---MFC VANGUARD ITL EQ (VEU) | D | Dividend | M | T | Buy | 5/25/12 | M | | |
| 210. ---MFO CREDIT SUISSE COMMODITY RTN (CRSOX) | B | Dividend | | | | | | | |
| 211. ---MFO PIMCO FDS PAC (PCRIX) | A | Dividend | K | T | | | | | |
| 212. ---MCROSOFT CORP (MSFT) | A | Dividend | | | Sold | 6/22/12 | J | B | |
| 213. ---NATL OIL WELL VARCO (NOV) | A | Dividend | J | T | | | | | |
| 214. ---NIKE INC CL B (NKE) | A | Dividend | J | T | | | | | |
| 215. ---NOBLE ENERGY (NBL) | A | Dividend | J | T | | | | | |
| 216. ---NORFOLK SOUTH (NSC) | A | Dividend | J | T | Buy | 6/22/12 | J | | |
| 217. ---NOVARTIS AG (NVS) | A | Dividend | | | Sold | 6/22/12 | J | A | |
| 218. ---NUCOR CORP (NUE) | A | Dividend | J | T | Buy | 6/22/12 | J | | |
| 219. ---OMNICOM GRP (OMC) | A | Dividend | J | T | | | | | |
| 220. ---ORACLE CORP | A | Dividend | J | T | | | | | |
| 221. ---PAYCHEX INC COM (PAYX) | A | Distribution | | | Sold | 6/22/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 06/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  ---PEPSI CO INC (PEP) | A | Dividend | J | T | | | | | |
| 223.  ---PHILLIPS 66 (PSX) | | | | | Spinoff (from line 163) | 5/4/12 | J | | |
| 224. | | | | | Sold | 6/13/12 | J | A | |
| 225.  ---PRECISION CASTPARTS (PCP) | A | Dividend | J | T | Buy | 6/22/12 | J | | |
| 226.  ---PRINCIPAL FIN GRP (PFG) | A | Dividend | J | T | | | | | |
| 227.  ---PROCTOR & GAMBLE (PG) | A | Dividend | J | T | | | | | |
| 228.  ---QUALCOMM INC COM (QCOM) | A | Dividend | J | T | Buy (add'l) | 6/22/12 | J | | |
| 229.  ---SALESFORCE COM (CRM) | | None | | | Sold | 6/22/12 | J | B | |
| 230.  ---SCHLUMBERGER LTD (SLB) | A | Dividend | J | T | | | | | |
| 231.  ---SELECT SECT SPDR INDL (XLI) | A | Dividend | J | T | Sold (part) | 6/22/12 | J | A | |
| 232.  ---SIMON PROP GRP (SPG) | A | Dividend | J | T | | | | | |
| 233.  ---SPDR S&P MIDCAP (MDY) | A | Dividend | K | T | Buy | 5/25/12 | K | | |
| 234. | | | | | Buy (add'l) | 6/22/12 | J | | |
| 235.  ---SPECTRA ENERGY (SE) | A | Dividend | J | T | Sold (part) | 6/22/12 | J | A | |
| 236.  ---STARWOOD HOTELS & RESORTS WORLDWIDE INC COM (HOT) | | None | | | Sold | 6/22/12 | J | A | |
| 237.  ---TRAVELERS COS | A | Dividend | | | Sold | 6/22/12 | J | B | |
| 238.  ---UNITED TECH CORP (UTX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 06/12/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.   ---VF CORP (VFC) | A | Dividend | J | T | Sold (part) | 6/22/12 | J | A | |
| 240.   ---WHOLE FOODS MKT (WFMI) | A | Dividend | J | T | Sold (part) | 6/22/12 | J | A | |
| 241.   NORTHERN TRUST #7 | | | | | | | | | |
| 242.   ---TEMPLETON FOREIGN CL A (TEMFX) | B | Dividend | L | T | Buy (add'l) | 12/24/12 | J | | |
| 243.   NORTHERN TRUST #8 | | | | | | | | | |
| 244.   ---AMERICAN BALANCED CL A (ABALX) | A | Dividend | K | T | Buy (add'l) | 3/19/12 | J | | |
| 245. | | | | | Buy (add'l) | 6/13/12 | J | | |
| 246. | | | | | Buy (add'l) | 9/12/12 | J | | |
| 247. | | | | | Buy (add'l) | 12/21/12 | J | | |
| 248.   NORTHERN TRUST #9 | A | Dividend | J | T | | | | | |
| 249.   NORTHERN TRUST #10 | A | Dividend | M | T | | | | | |
| 250.   CONDO(50%) SAN FRANCISCO CA | D | Rent | O | W | | | | | |
| 251. | | | | | | | | | |
| 252. | | | | | | | | | |
| 253. | | | | | | | | | |
| 254. | | | | | | | | | |
| 255. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 06/12/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | | | | | |
| 257. | | | | | | | | | |
| 258. | | | | | | | | | |
| 259. | | | | | | | | | |
| 260. | | | | | | | | | |
| 261. | | | | | | | | | |
| 262. | | | | | | | | | |
| 263. | | | | | | | | | |
| 264. | | | | | | | | | |
| 265. | | | | | | | | | |
| 266. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 06/12/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary M. McKeown**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544